PROB 12A
(7/93)

Wodzinski

# United States District Court
## for
## Eastern District of New York
### Report on Offender Under Supervision

RECEIVED
in Chambers of
U.S.D.J. Gershon

Name of Offender: Nicholas Defillippo                Case Number: 04 CR 746

Name of Sentencing Judicial Official: The Honorable K. Michael Moore, U.S. District Judge
for the Southern District of Florida

Date of Sentence:      March 3, 2003

Transfer of Jurisdiction: August 28, 2004

Name of Current Judicial Official: The Honorable Nina Gershon, U.S. District Judge

Original Offense:      18 U.S.C. 371; Conspiracy to Counterfeit U.S. Currency, a Class D felony.

Original Sentence:     24 months custodial term and three years supervised release with special conditions requiring the offender to repay $600 in restitution, attend a drug treatment program, and maintain full-time employment.

Sentence Modified:     March 18, 2005: In response to the offender's drug use and failure to secure full-time employment, the Court ordered the offender to serve a 6 month term of home confinement.

Type of Supervision: Supervised Release            Date Supervision Commenced: June 1, 2004

---

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Failure to Secure Employment |
| 2. | Failure to Attend Scheduled Drug Treatment Sessions |
| 3. | Failure to Abide by Rules of Home Confinement |

U.S. Probation Officer Action:

As background, the offender was finally placed onto home confinement on July 7, 2005 after he secured a telephone line in his newly rented apartment. Notably, the offender remains unemployed since his release from custody on June 1, 2004 and has still not provided the undersigned with any documentation of a legitimate job search. He claims family and friends are paying his expenses.

Since commencing his term of home confinement he has violated his curfew on at least eight occasions. Additionally, he has failed to report for scheduled drug treatment sessions at a contracted substance abuse treatment program near his home. When interviewed, the offender stated he did not "feel like going."

On August 18, 2005, the offender was presented with a written reprimand which admonished him for his non-compliance and warned him that continued violative behavior would result in further Court intervention. The offender understands that our recommendation will likely include a lengthy placement in a local halfway house.

The Probation Department respectfully recommends that Your Honor not take any other action at this time. In the event that the offender fails to take advantage of this opportunity and instead continues to violate the terms of his supervised release, this Department will pursue further Court intervention.

by, _____
Christopher Wodzinski
Senior U.S. Probation Officer
(347)534-3550/(917)662-9390

Respectfully submitted,

_____
George Doerrbecker
Deputy Chief U.S. Probation Officer
Date: August 18, 2005

☒ The Court approves the intended course of action.

☐ Other:_____

/s/                                              8-30-05
Signature of Judicial Officer          Date