## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE Pohorelsky    DATE: 1/6/06    TIME: _____

DOCKET NUMBER: 04 CR 746 (NG)    TAPE #: ~~05~~ 06/2 (2088 - 2do)

DEFENDANT'S NAME: Nicholas DeFillippo
✓ Present  ___ Not Present  ✓ Custody  ___ Bail

DEFENSE COUNSEL: Michael Padden
✓ Federal Defender  ___ CJA  ___ Retained

A.U.S.A Andrea Goldberg    DEPUTY CLERK: S.M. Yuen

INTERPRETER: _____ (Language) _____

___ Hearing held.  ___ Hearing adjourned to _____

✓ Defendant was released on $10,000 PRB with/without some conditions. — on the consent of the government

✓ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered. Code Type___ Start___ Stop___

___ Order of Speedy Trial entered. Code Type___ Start___ Stop___

___ Defendant's first appearance.  ___ Defendant arraigned on the indictment.

___ Defendant informed of rights.

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the Indictment.

✓ Status conference set for 1/26/06 @ 4:30 PM before Judge Gershon.

OTHERS: Violation of probation held.