

<u>January 31, 2006 @ 10:45 AM</u>
BEFORE: GERSHON, U.S.D.J.
CRIMINAL CAUSE FOR VIOLATION OF SUPERVISED RELEASE
<u>CR-04-746 (NG)</u>

<u>DEFT NAME: Nicholas DeFillippo</u>
☒ present ☐ not present    ☐ cust. ☒ bail
<u>DEFENSE COUNSEL:  Michael Padden  Telephone: 718-330-1161</u>
                                            ☐ CJA        ☐ RET.    ☒ LAS
☒  present   ☐ not present
<u>A.U.S.A.: Andrea Goldbarg  USPO: Christopher Wodzinski</u>
<u>CLERK: Victor Joe  C.R: Fred Guerino</u>

☒ CASE CALLED.        ☒  DEFT APPEAR WITH COUNSEL.
☐ COUNSEL PRESENT WITHOUT DEFT(S)_____.
☐ REVOCATION HRG ADJ'D TO_____
☒ REVOCATION HRG HELD.    ☐ HRG CONT'D TO _____.

☒ DEFT ADVISED OF RIGHTS AND ENTERS A PLEA OF :
☒ GUILTY  **to charge 2**_____
☐ NOT GUILTY TO CHARGES OF VIOLATION.

☐ COURT FINDS DEFT ☐ GUILTY ☐     NOT GUILTY.
☐ JUDGMENT REVOKING TERMS & CONDITIONS OF PROB./S.R.

☐ SENTENCING SET FOR_____
☒ SENTENCING HELD.
☐ DEFT REMANDED TO CUSTODY OF U.S. MARSHAL.


Notes: Case called.    All parties present .  Defendant pleas guilty to charge 2 and is

sentenced to 6 months in a half way house.  Defendant must comply with his restitution

order of $600.00 which is payable at 10% of his net monthly income. He must also

continue on supervised release until May 2007._____